IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN UTESCH, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff(s), | Civil Action No. 2:16-cv-05932-WB |
| v. | |
| LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN, and MARTIN P. GALVAN, | Judge Wendy Beetlestone |
| Defendants. | |

## ORDER

AND NOW, this 21st day of August, 2017, upon consideration of the Joint Scheduling Stipulation submitted to the Court on July 27, 2017, which the Court construes as a request for an extension of filings or other deadlines, **IT IS ORDERED** that such request is **GRANTED** and the deadlines set forth in the Joint Scheduling Stipulation are extended as follows:

1. Defendants shall answer or otherwise respond to the Amended Complaint by September 15, 2017;

2. Plaintiffs shall file a response to any Motion to Dismiss on or before November 22, 2017; and

3. Defendants shall file a reply brief on or before November 29, 2017.

BY THE COURT:

_____
The Honorable Wendy Beetlestone
United States District Judge