# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN UTESCH,<br>            **Plaintiff,**<br><br>v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN AND MARTIN P. GALVAN,<br>            **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 16-5932 |

## O R D E R

**AND NOW**, this 30th day of July, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 69); Plaintiff's Response in Opposition Thereto (ECF No. 71); and Defendants' Reply in Support of Their Motion to Dismiss (ECF No. 75), **IT IS ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's Amended Complaint shall be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to amend and shall re-file any amended Complaint by **August 21, 2018**.

                                                    **BY THE COURT:**

                                                    /s/Wendy Beetlestone, J.

                                                    **WENDY BEETLESTONE, J.**