# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN UTESCH,<br>    Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN AND MARTIN P. GALVAN,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-5932 |

## ORDER

**AND NOW** this 8th day of May, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 84), Plaintiffs' Response in Opposition (ECF No. 87), and Defendants' Reply (ECF No. 88), **IT IS ORDERED** that the Motion is **DENIED**.

                      **BY THE COURT:**

                      /s/Wendy Beetlestone, J.

                      **WENDY BEETLESTONE, J.**