# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN UTESCH,<br>            Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN AND MARTIN P. GALVAN,<br>            Defendants, | CIVIL ACTION<br>NO. 16-5932 |

## O R D E R

**AND NOW**, this 7th day of October, 2020, **IT IS ORDERED** that the Class Certification Hearing (ECF#122) scheduled for October 13, 2020 at 10:30 a.m. is hereby **CANCELLED**.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**