IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN UTESCH,<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN AND MARTIN P. GALVAN,<br>　　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  16-5932 |

# O R D E R

**WHEREAS**, this matter having come before the Court on the motion of Lead Plaintiff University of Puerto Rico Retirement System ("Lead Plaintiff") for an Order compelling Defendants Lannett Company, Inc., Arthur P. Bedrosian, and Martin P. Galvan ("Defendants") to produce documents in response to certain of Lead Plaintiff's Amended First Request for the Production of Documents, served on March 31, 2020 (the "Requests");

**WHEREAS**, the Court has considered Lead Plaintiff's Motion to Compel Production of Documents (ECF No. 128), Defendants' Response in Opposition (ECF No. 130), and Lead Plaintiff's Reply thereto (ECF No. 132);

**AND NOW**, this 9th day of December, 2020, **IT IS ORDERED** as follows:

　　　1.　　　Plaintiff's Motion to Compel (ECF No. 130) is **GRANTED IN PART** and **DENIED IN PART**;

　　　2.　　　Within 30 days of this Order, Defendants shall, consistent with the attached Memorandum Opinion, produce to Lead Plaintiff all relevant, non-protected documents responsive to Request Nos. 16, 17, 18, and 19; and

3. If Defendants seek to withhold any responsive documents based on attorney-client privilege or the work product doctrine, Defendants shall provide at the time of production a privilege log "describ[ing] the nature of the documents, communications, or tangible things not produced or disclosed [in such a manner] that, without revealing information itself privileged or protected, will enable [Lead Plaintiff] to assess the claim." Fed. R. Civ. P. 26(b)(5)(A)(ii).

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**