# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN UTESCH,** | : |
| Plaintiff, | : No. 2:16-cv-05932-WB |
| v. | : |
| **LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN, and MARTIN P. GALVAN,** | : |
| Defendants. | : |

## ORDER

**AND NOW**, this __26th__ day of __August__, upon consideration of the Report of the Special Master as to the Scheduling of Defendant Arthur P. Bedrosian's Deposition (ECF No. 200), **IT IS ORDERED** that Mr. Bedrosian shall appear for a deposition on or before October 19, 2021.

**BY THE COURT:**

/S/WENDY BEETLESTONE, J.
**WENDY BEETLESTONE, J.**