**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN UTESCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN, and MARTIN P. GALVAN,<br><br>Defendants. | Civil Action No. 2:16-cv-05932-WB<br><br>Judge Wendy Beetlestone |

**PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND
(2) ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS**

Lead Plaintiff University of Puerto Rico Retirement System ("UPRRS") and Plaintiff Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers," collectively with UPRRS, "Plaintiffs") respectfully move this Court to enter orders and/or judgments:

(1) granting final approval of the settlement in the above-captioned litigation and approving the plan of allocation;

(2) awarding attorneys' fees and litigation expenses incurred by Plaintiffs' Counsel, and for awards to Plaintiffs in connection with their representation of the Settlement Class.

This motion is based on the concurrently filed: Plaintiffs' Memorandum of Law in Support of Their Motion for Final Approval of the Class Action Settlement and Plan of Allocation; Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees and Expenses and Awards to Plaintiffs; declarations submitted in support thereof; the Amended Stipulation of Settlement dated December 4, 2025; all other pleadings and matters of record; and such additional evidence or argument that may be presented at the hearing on this matter.

Dated: March 12, 2026

Respectfully submitted,

*s/ Lawrence D. Levit*
Lawrence D. Levit

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (Admitted *Pro Hac Vice)*
Lawrence D. Levit (Admitted *Pro Hac Vice)*
Atara Twersky
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
mtwersky@aftlaw.com
llevit@aftlaw.com
atwersky@aftlaw.com

– and –

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Patrice L. Bishop (Admitted *Pro Hac Vice*)
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
pbishop@aftlaw.com

*Counsel for Lead Plaintiff University of Puerto Rico Retirement System and Lead Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (Admitted *Pro Hac Vice*)
Tamar A. Weinrib (Admitted *Pro Hac Vice*)
600 Third Avenue
New York, New York 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
taweinrib@pomlaw.com

*Counsel for Plaintiff Ironworkers Locals 40, 361 & 417 Union Security Funds*

**PROMISLOFF LAW, P.C.**
David M. Promisloff (PA #200971)
230 S. Broad St., 17th Floor
Philadelphia, PA 19102
Tel: (215) 259-5156
Fax: (215) 600-2642
david@prolawpa.com

*Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2026 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Lawrence D. Levit*